# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PAULA MELLEY,**
Appellant,

v.

**MARINER'S WAY ASSOCIATION, INC.,**
Appellee.

No. 4D19-566

[July 2, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502008CA014696.

Robin Bresky and Randall Burks of the Law Office of Robin Bresky, Boca Raton, for appellant.

Alexandra Valdes of Cole, Scott & Kissane, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***